# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant.<br>_____/ | CASE NO. 1:07-cv-00734-OWW-SMS SS<br><br>ORDER DENYING MOTION AS PREMATURE<br><br>(Doc. 5) |

      Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil action filed on May 17, 2007. On June 26, 2007, plaintiff filed a motion seeking the issuance of a scheduling order.

      No proceedings in this action will commence until and unless plaintiff pays the filing fee in full by the deadline set by Judge Wanger in his order filed on May 29, 2007. Plaintiff's motion is premature and is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   June 28, 2007**                    **/s/ Sandra M. Snyder**
                                                                        UNITED STATES MAGISTRATE JUDGE