# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | CASE NO. 1:07-cv-00734-OWW-SMS SS<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY THE FILING FEE IN COMPLIANCE WITH THE COURT'S ORDER OF MAY 29, 2007<br><br>(Docs. 4 and 7) |

Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil action filed on May 17, 2007. Plaintiff is ineligible to proceed in forma pauperis and on May 29, 2007, plaintiff was ordered to pay the $350.00 filing fee in full within thirty days or this action would be dismissed. 28 U.S.C. § 1915(g). More than thirty days have passed and plaintiff has not complied with the Court's order. On July 26, 2007, plaintiff filed a motion to proceed in forma pauperis, accompanied by a trust account statement showing that plaintiff has no funds in his account. Plaintiff has already been informed that he may not proceed in forma pauperis in this action.

///
///
///
///
///
///

1

Accordingly, plaintiff's motion for leave to proceed in forma pauperis is DENIED and this action is DISMISSED, without prejudice, based on plaintiff's failure to pay the filing fee.

IT IS SO ORDERED.

**Dated:   August 1, 2007**                                   **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE