UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | ) | 1:07-cv-00734-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER RE: FINDINGS AND |
| v. | ) | RECOMMENDATION TO DENY |
| | ) | PLAINTIFF'S REQUEST FOR |
| MICHAEL J. ASTRUE, | ) | PERMISSION TO FILE AN APPEAL |
| Commissioner of Social | ) | AND/OR FOR EXTENSION OF TIME TO |
| Security, | ) | APPEAL  (Docs. 10, 11) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff proceeded with a civil action concerning a decision of the Commissioner of Social Security. On August 1, 2007, a judgment of dismissal was entered in the action. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15). Pending before the Court is Plaintiff's motion, filed on March 7, 2008, for permission to appeal and/or for an extension of time to appeal.

On March 24, 2008, the Magistrate Judge filed findings and a recommendation that Plaintiff's motion or request for permission to appeal and/or for an extension of time to appeal be denied. The findings and recommendation were served on all parties on March 24, 2008, and contained notice that any objections to the

findings and recommendations were to be filed within thirty (30) days of the date of service of the order.

On April 18, 2008, Plaintiff filed objections to the findings and recommendations; the undersigned has considered the objections and has determined there is no need to modify the findings and recommendations based on the points raised in the objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed March 24, 2008, are ADOPTED IN FULL; and

2. Plaintiff's motion or request for permission to appeal and/or for an extension of time to appeal IS DENIED.

IT IS SO ORDERED.

**Dated:   April 22, 2008**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

2